UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:23-CR- 34 |
| | ) | Violation: |
| JONATHAN S. ROSE | ) | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) |
| | ) | 18 U.S.C. § 922(g)(4) |

-FILED-
MAY 24 2023
At _____
Chanda J. Berta, Acting Clerk M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**THE GRAND JURY CHARGES:**

<u>COUNTS 1-4</u>

Between on or about May 29, 2022, and December 9, 2022, in the Northern District of Indiana,

JONATHAN S. ROSE,

defendant herein, in connection with the acquisition and attempted acquisition of a firearm, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to a licensed dealer of firearms., which statement was intended and likely to deceive the licensed firearms dealer, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that he had never been adjudicated as a mental defective or committed to a mental institution, knowing that information to be false, in the following manner:

Count 1: On or about May 29, 2022, during the attempted purchase of a SCCY pistol from The 2ND Amendment;

Count 2: On or about October 7, 2022, during the purchase of a Taurus Armas pistol from The 2ND Amendment;

Count 3: On or about November 30, 2022, during the purchase of a Savage Arms rifle from Freedom Firearms, LLC.;

Count 4: On or about December 9, 2022, during the attempted purchase of a Smith and Wesson pistol from Freedom Firearms, LLC.;

All in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 5</u>

On or about October 7, 2022, in the Northern District of Indiana

JONATHAN S. ROSE,

defendant herein, knowing he had been adjudicated a mental defective and had been committed to a mental institution, did knowingly possess a firearm, and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(4).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6

On or about November 30, 2022, in the Northern District of Indiana

JONATHAN S. ROSE,

defendant herein, knowing he had been adjudicated a mental defective and had been committed to a mental institution, did knowingly possess a firearm, and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(4).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 7</u>

On or about May 17, 2023, in the Northern District of Indiana

JONATHAN S. ROSE,

defendant herein, knowing he had been adjudicated a mental defective and had been committed to a mental institution, did knowingly possess a firearm, and the firearm was in and affecting commerce;

All in violation of 18 U.S.C. § 922(g)(4).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of a firearm offense(s) alleged in this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in the commission of the offense.

A TRUE BILL

/s/ Foreperson
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: /s/ Stacey R. Speith
Stacey R. Speith
Assistant United States Attorney